*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 21-BG-199**

IN RE DANIEL FRANCIS IZZO

**2020 DDN 95**

A Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 1009906**

BEFORE: Glickman and McLeese, Associate Judges, and Fisher, Senior Judge.

## O R D E R
(FILED – June 17, 2021)

On consideration of the certified order from the state of Virginia suspending respondent from the practice of law in that jurisdiction by consent for a period of one year and one day with reinstatement conditioned on satisfying the imposed conditions; this court's April 15, 2021, order suspending respondent pending resolution of this matter and directing him to show cause why reciprocal discipline should not be imposed; the statement of respondent stating that he does not oppose the imposition of reciprocal discipline; respondent's D.C. Bar R. XI, §14(g) affidavit; and the statement of Disciplinary Counsel, it is

ORDERED that Daniel Francis Izzo is hereby suspended from the practice of law in the District of Columbia for a period of one year and one day subject to the conditions imposed by the state of Virginia, *nunc pro tunc* to April 15, 2021.

**PER CURIAM**